UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L HADLEY,

        Petitioner,

v.

PAT GLEBE,

        Respondent.

CASE NO. C12-6036 BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 5) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 3rd day of January, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
STATUS - 1