UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L HADLEY,

        Petitioner,

   v.

PAT GLEBE,

        Respondent.

CASE NO. C12-6036 BHS-JRC

ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION AND DENYING PENDING MOTIONS

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a Cowlitz County state conviction that occurred in 2007 (ECF No. 8). Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner alleges that all his grounds for relief are now exhausted and he asks that his petition be served (ECF No. 11). Petitioner also asks the Court for sixty days of additional time to provide argument and authority for his grounds for relief. The motions are DENIED.

1  The relief petitioner seeks in the current petition is "stay and abeyance and later
2  amendment to cursory brief." (ECF No. 8). The Court now orders petitioner to file a petition that
3  requests the relief he seeks in this matter. Petitioner's amended petition will act as a complete
4  substitute for the original and not as a supplement. Petitioner will have until April 5, 2013 to file
5  that petition. Petitioner's failure to file a timely petition may result in the Court issuing a Report
6  and Recommendation that this matter be dismissed.

7  Dated this 6th day of March, 2013.

_____
J. Richard Creatura
United States Magistrate Judge