UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L HADLEY,

        Petitioner,

v.

PAT GLEBE,

        Respondent.

CASE NO. C12-6036 BHS

ORDER WITHDRAWING THE
REPORT AND RECOMMENDATION
FILED APRIL 12, 2013

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

The Court ordered petitioner to amend his petition by April 5, 2013, but the entry gave petitioner until April 15, 2013 to comply. (*See*, ECF No. 12.) Petitioner signed and mailed his amended petition on April 15, 2013.

On April 12, 2013, the Court entered a Report and Recommendation to dismiss the action (ECF No. 13). On April 17, 2013, the Clerk's office filed the amended petition and brought it to

1 | the Court's attention.  Petitioner has named a proper respondent (ECF No. 17). The Court
2 | withdraws the April 12, 2013, Report and Recommendation to dismiss this petition (ECF No 13).

3 Dated this 19th day of April, 2013.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge