1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   DONALD L HADLEY,

11                              Petitioner,

12              v.

13   PAT GLEBE,

14                              Respondent.

CASE NO. C12-6036 BHS

ORDER WITHDRAWING THE
REPORT AND RECOMMENDATION
FILED APRIL 12, 2013

15        The District Court has referred this petition for a writ of habeas corpus to United States

16   Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

17   636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the

18   petition pursuant to 28 U.S.C. § 2254.

19        The Court ordered petitioner to amend his petition by April 5, 2013, but the entry gave

20   petitioner until April 15, 2013 to comply. (*See*, ECF No. 12.)  Petitioner signed and mailed his

21   amended petition on April 15, 2013.

22        On April 12, 2013, the Court entered a Report and Recommendation to dismiss the action

23   (ECF No. 13). On April 17, 2013, the Clerk's office filed the amended petition and brought it to

24

1   the Court's attention.  Petitioner has named a proper respondent (ECF No. 17). The Court

2   withdraws the April 12, 2013, Report and Recommendation to dismiss this petition (ECF No 13).

3         Dated this 19th day of April, 2013.

J. Richard Creatura
United States Magistrate Judge