UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L HADLEY,

            Petitioner,

   v.

PAT GLEBE,

            Respondent.

CASE NO. C12-6036 BHS-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner has filed two motions (ECF No. 17 and 18). In the first motion, petitioner asks the Court to accept his habeas petition as timely filed. The Court accepted the petition as timely. The Court withdrew a Report and Recommendation to dismiss the action (ECF No. 13 and 16). Petitioner's first motion is DENIED AS MOOT. The Court directs the Clerk's office to remove the motion from the calendar.

Petitioner asks the Court for permission to "expand the petition" in the second motion (ECF No. 18). Petitioner does not explain to the Court what he means in his motion and petitioner does not provide a proposed amended petition. Local Rule 15 states:

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If a motion or stipulation for leave to amend is granted, the party whose pleading was amended must file and serve the amended pleading on all parties within fourteen (14) days of the filing of the order granting leave to amend, unless the court orders otherwise.

Petitioner had not provided a proposed amended petition. Therefore, the Court DENIES petitioner's motion to expand the petition (ECF No. 18).

Dated this 12th day of June, 2013.

J. Richard Creatura
United States Magistrate Judge